**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| ROBERT KELLY, | Case No.: 2:19-cv-07629-DFM |
| Plaintiffs, | |
| v. | [PROPOSED] ORDER RE: STIPULATION TO DISMISS ENTIRE ACTION WITH PREJUDICE |
| COUNTY OF LOS ANGELES, a public entity; DEPUTY MARIBEL ALVARADO, a public employee; DEPUTY MARIO GOMEZ, a public employee; DEPUTY JORGE ORTIZ, | |
| Defendants. | |

IT IS HEREBY ORDERED, following stipulation of counsel, that the above-entitled action is hereby DISMISSED in its entirety, with prejudice, pursuant to Federal Rules of Civil Procedure, Rule 41(a)(1).

IT IS SO ORDERED.

DATED: _May 11, 2022_

_____
Hon. Douglas. F. McCormick
United States Magistrate Judge

- 1 -